[No. 20949–3–I.   Division One.   June 20, 1988.]

FARMERS INSURANCE COMPANY OF WASHINGTON, *Respondent,* v. RONALD F. EDIE, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for King County, No. 86–2–07632–8, Jerome M. Johnson, J., entered August 14, 1987. *Affirmed* by unpublished opinion per Williams, J., concurred in by Winsor, J., and Schumacher, J. Pro Tem. Now published at 52 Wn. App. 411.

[No. 18011–8–I.   Division One.   June 20, 1988.]

THE STATE OF WASHINGTON, *Respondent,* v. PAUL GRIFFITH YEAGER, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 85–1–02996–4, Shannon Wetherall, J., entered February 4, 1986. *Affirmed* by unpublished opinion per Swanson, J., concurred in by Williams and Pekelis, JJ.

[Nos. 19244–2–I; 19612–0–I.   Division One.   June 20, 1988.]

MAD DOG BUILDERS, INC., ET AL, *Appellants,* v. GIBRALTAR SAVINGS AND LOAN OF WASHINGTON, F.A., *Respondent.*

Appeals from judgments of the Superior Court for King County, No. 85–2–02332–3, Gerard M. Shellan, J., entered September 12 and November 17, 1986. *Affirmed* by unpublished opinion per Swanson, J., concurred in by Webster and Pekelis, JJ.